Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
22 W. Washington Street, Suite 1500
Chicago, IL 60602
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
LEROY TESSINA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LEROY TESSINA, | ) |
| Plaintiff, | ) Case No.: 2:14-cv-07770 |
| v. | ) |
| | ) **PLAINTIFF'S COMPLAINT** |
| DYNAMIC RECOVERY SOLUTIONS, LLC, | ) |
| Defendant. | ) |

**PLAINTIFF'S COMPLAINT**

Plaintiff, LEROY TESSINA ("Plaintiff"), through his attorney, AGRUSS LAW FIRM, LLC, alleges the following against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC ("Defendant"):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 et seq. ("RFDCPA").

**JURISDICTION AND VENUE**

3. This Court has jurisdiction under 28 U.S.C. §1331 and 15 U.S.C. §1692k (FDCPA).

1

4. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

5. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

**PARTIES**

6. Plaintiff is a natural person residing in Los Angeles, Los Angeles County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

8. Plaintiff is, and at all times mentioned herein, a "person" as defined by 47 U.S.C. § 153 (10).

9. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

10. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c).

11. Within the last year, Defendant attempted to collect a consumer debt from Plaintiff.

12. Defendant is a collection agency located in Greenville, Greenville County, South Carolina.

13. Defendant is a business entity engaged in the collection of debt within the State of California.

14. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

15. When an unpaid, outstanding account is placed with Defendant it is assigned a file number.

16. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

17. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

18. Defendant regularly collects, or attempts to collect debts on which the statute of limitations has expired.

19. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

20. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

21. Defendant is attempting to collect an alleged debt originally owed to Pacific Bell Directory.

22. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

23. On or about May 1, 2014, Defendant sent Plaintiff a collection letter, attached as Exhibit A.

24. On or about May 10, 2014, Plaintiff received a collection letter from Defendant. *See* Exhibit A.

25. If the debt is owed at all, it was incurred over 20 years ago.

26. The statute of limitations on a written contract in California is four (4) years.

27. Defendant is attempting to collect a debt on which the statute of limitations has expired.

28. Nothing in Defendant's collection letter disclosed that the debt was barred by the statute of limitations.

29. Nothing in Defendant's collection letter disclosed the date of the transactions giving rise to the claimed debt.

30. It is the policy and practice of Defendant to send letters seeking to collect time-barred debts

that do not disclose the fact that they are time-barred.

31. It is the policy and practice to send letters seeking to collect time-barred debts that do not disclose the dates of the transactions giving rise to the debts.

32. The Federal Trade Commission has determined that "Most consumers do not know their legal rights with respect to collection of old debts past the statute of limitations . . . When a collector tells a consumer that she owes money and demands payment, it may create the misleading impression that the collector can sue the consumer in court to collect that debt." (http://www.ftc.gov/opa/2012/01/asset.shtm). The FTC entered into a consent decree with Asset Acceptance, one of the largest debt buyers in the United States, requiring that it disclose to consumers when it is attempting to collect debts that are barred by the statute of limitations. United States of America (For the Federal Trade Commission) v. Asset Acceptance, LLC, Case No. 8:12-cv-182-T-27EAJ (M.D.Fla.).

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

33. Defendant engaged in unfair and deceptive acts and practices, in violations of the FDCPA, by dunning Plaintiff on a time-barred debt without disclosure of that fact.

34. The nondisclosure is exacerbated by the offer of a "settlement" in the dunning letter. *See* Exhibit A. An offer to settle implies a colorable obligation to pay.

35. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692e of the FDCPA by using false, deceptive, or misleading representations or means in connection with the collection of a debt, by attempting to collect a time-barred debt from Plaintiff;

    b. Defendant violated §1692e(2) of the FDCPA by falsely representing the legal status of any debt, when Defendant attempted to collect a time-barred debt without disclosing to

    Plaintiff that the debt was past the statute of limitations;

 c. Defendant violated §1692e(5) of the FDCPA by threatening to take action that cannot legally be taken or that is not intended to be taken because Defendant's collection letter can give the impression that if Plaintiff doesn't pay the debt, he can be taken to court;

 d. Defendant violated §1692e(10) of the FDCPA by using false representations or deceptive means in connection with the collection the alleged debt, when Defendant attempted to collect a time-barred debt without disclosing to Plaintiff that the debt was past the statute of limitations; and

 e. Defendant violated §1692(f) of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt, when Defendant attempted to collect a time-barred debt without disclosing to Plaintiff that the debt was past the statute of limitations.

WHEREFORE, Plaintiff, LEROY TESSINA, respectfully requests judgment be entered against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC, for the following:

36. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

37. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

38. Any other relief that this Honorable Court deems appropriate.

**COUNT II**
**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

39. Plaintiff repeats and re-alleges paragraphs 1-34 of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

40. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the §1788.10(f) of the RFDCPA by threatening to take action which is prohibits by the RFDCPA because Defendant's collection letter can give the impression that if Plaintiff doesn't pay the debt, he can be taken to court;

    b. Defendant violated the §1788.13(j) of the RFDCPA by falsely representing that a legal proceeding has been, is about to be, or will be instituted unless payment of the consumer debt is made, because Defendant's collection letter can give the impression that if Plaintiff doesn't pay the debt, he can be taken to court;

    c. Defendant violated the §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 et seq.

WHEREFORE, Plaintiff, LEROY TESSINA, respectfully requests judgment be entered against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC, for the following:

41. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

42. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.30(c), and

43. Any other relief that this Honorable Court deems appropriate.

                        RESPECTFULLY SUBMITTED,

DATED:  October 7, 2014        AGRUSS LAW FIRM, LLC

                                  By: /s/  Michael S. Agruss
                                       Michael S. Agruss
                                       Attorney for Plaintiff
                                       LEROY TESSINA

# Exhibit A



Leroy Tessina
2605 S Sepulveda Blvd
Los Angeles CA  90064-3906

May 1, 2014                                                PO BOX 25759 • GREENVILLE, SC 29616-0759



**You currently owe $8,130.64**
**Original Creditor: PACIFIC BELL DIRECTORY**
**Current Owner: Accelerated Financial Solutions**
**You DO Have Options!**

 Our office will allow you to settle your account for $2,845.72 if payment is received before 6/9/2014. We are not obligated to renew this offer. Upon receipt and clearance of your payment, this account will be considered satisfied and closed, and a settlement letter will be issued.

 Our office will allow you to settle your account for $4,065.32 in 2 payments starting on 6/9/2014. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of these two payments of $2,032.66, this account will be considered satisfied and closed, and a settlement letter will be issued.

 Our office will allow you to settle your account for $5,284.92 in 4 payments starting on 6/9/2014. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of these four payments of $1,321.23, this account will be considered satisfied and closed, and a settlement letter will be issued.

 If you are unable to accept one of the above settlement offers, please contact our office for a partial payment plan that you can afford. In many cases we can freeze the interest while you are adhering to a partial payment plan. We take pride in working with all customers, regardless of your current financial position.

Please contact us at 1-877-858-4197 if you have any questions. There may be other options available.

☎  1-877-858-4197

🖱  www.gotodrs.com/webpay
Your online password will be the last 4 digits of your SSN or your current account number.

✉  **PO BOX 25759, GREENVILLE, SC 29616-0759**

ACH DISCLOSURE: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When information from your check is used to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon you written request within 30 days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

---

▲ Please Detach And Return in The Enclosed Envelope With Your Payment ▲

Rec 5-10-14

| For on-line payment, visit us at www.gotodrs.com/webpay |
|---|
| TO PAY BY CREDIT CARD. PLEASE COMPLETE THIS SECTION    □ VISA    □ MasterCard |

95 218 00025755
398237

| CARD NUMBER | | EXP. DATE |
|---|---|---|
| SIGNATURE | | SECURITY CODE |
| ACCOUNT # AFS0713G200591 | CIRCLE PAYMENT OPTION  1  2  3  4 | AMOUNT |

PO BOX 25759
GREENVILLE, SC 29616-0759

DYNAMIC RECOVERY SOLUTIONS
PO BOX 25759
GREENVILLE, SC 29616-0759

Leroy Tessina
2605 S Sepulveda Blvd
Los Angeles CA  90064-3906



00025755
4OPT
DRS.wfd

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action. If you have a complaint about the way we are collecting this debt, please write to us at PO Box 25759 Greenville, SC 29616-0759, email us at support@gotodrs.com or call us toll-free at 1-877-858-4197 between 9:00 A.M. and 5:00 P.M. EST, Monday - Friday

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

**California Residents:**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
Nonprofit credit counseling services may be available in the area.

**Colorado Residents:** 717 17th Street Suite 2300 Denver, CO 80202-3317 1-866-436-4766
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Toll Free No. (866) 996-1535
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA

**Idaho Residents:**
If the debt collector has a managerial or financial interest in the creditor, or the creditor has a managerial or financial interest in the debt collector, every communication with the debt must disclose the interest.
135 Interstate Blvd Ste 6 Greenville, SC 29615. Toll Free No. (866) 996-1535

**Kansas Residents:**
An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

**Massachusetts Residents:**
NOTICE OF IMPORTANT RIGHTS:
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.
Office Hours: M-F 8:00 a.m. to 5:00 p.m.

**Maine Residents:** Hours of Operation: M-F 8:00 a.m. to 5:00 p.m. Toll Free No. (866) 996-1535

**Minnesota Residents:** This collection agency is licensed by the Minnesota Department of Commerce.

**North Carolina Residents:** North Carolina Permit: 103516

**New York City Residents:** New York City Department of Consumer of Affairs License Number 612800

**Tennessee Residents:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.

**Washington Residents:** This collection agency is licensed in the State of Washington at the following address: