Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4619 N Ravenswood Ave, Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
LEROY TESSINA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LEROY TESSINA,<br><br>    Plaintiff,<br>    v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | **Case No.:** 2:14-cv-07770<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

Plaintiff, LEROY TESSINA ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs the Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: October 30, 2014         RESPECTFULLY SUBMITTED,

                              By:  /s/ Michael S. Agruss SBN: 259567
                                   Michael S. Agruss
                                   Agruss Law Firm, LLC
                                   4619 N. Ravenswood Ave. Suite 303A
                                   Chicago, IL 60640
                                   Tel: 312-224-4695
                                   Fax: 312-253-4451
                                   michael@agrusslawfirm.com
                                   Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On October 30, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to defense counsel, Chad Echols, at chad.echols@theecholsfirm.com

By: /s/Michael S. Agruss\_\_\_\_\_
Michael S. Agruss