Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4619 N Ravenswood Ave, Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
LEROY TESSINA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LEROY TESSINA,<br><br>            Plaintiff,<br>    v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>            Defendant. | **Case No.:** 2:14-cv-07770<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, LEROY TESSINA, through his attorneys, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC,

RESPECTFULLY SUBMITTED,

By: _/s/ Michael S. Agruss SBN: 259567
Michael S. Agruss
Agruss Law Firm, LLC
4619 N. Ravenswood Ave. Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

On October 31, 2014, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to defense counsel, Chad Echols, at chad.echols@theecholsfirm.com

By: /s/Michael S. Agruss
Michael S. Agruss